to set aside verdict and for a new trial unanimously affirmed, with ten dollars costs, and disbursements. The practice followed is not approved, but we are satisfied, upon this record, that no error prejudicial to the appellant was committed. Present — Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ.

MALLARY, INC., Individually and in Behalf of All Other Persons Similarly Situated, Appellant, v. CITY OF NEW ROCHELLE, Respondent. (Action No. 2.) — In an action to restrain defendant from enforcing an ordinance compelling the removal of signs erected and maintained by plaintiff, and by others similarly situated, judgment dismissing the complaint unanimously affirmed, with costs. By the ordinance the municipality merely exercises the right to remove encroachments extending over the sidewalk, street or highway. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ. [184 Misc. 66.] [See *post*, p. 914.]

FLORENCE E. NICHOLS, Respondent, v. GEORGE W. NICHOLS et al., Appellants.— In an action on contract, defendants appeal from an order granting plaintiff's motion for summary judgment, and from the judgment entered thereon. Order and judgment unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [See *post*, p. 988.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NORMAN CLEANERS & DYERS, INC., Appellant.— Defendant appeals from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting it of a violation of section 183 of the Sanitary Code of the City of New York (causing and permitting a nuisance), sentence having been suspended. Judgment unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent v. SAMUEL SOLOMON, Appellant.— Defendant appeals from a judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting him of the crime of bookmaking (Penal Law, § 986). Judgment of conviction reversed on the law, the information dismissed and the fine remitted on the ground that the evidence was not sufficient to warrant the finding of guilt beyond a reasonable doubt. (*People* v. *Carpenito*, 292 N. Y. 498.) Close, P. J., Hagarty, Johnston and Adel, JJ., concur; Carswell, J., not voting.

ARTHUR C. RUTZEN, Respondent, v. KATHRYN H. RUTZEN, Appellant.— In an action for divorce, defendant appeals from an order denying her motion for alimony *pendente lite* and counsel fees. Order modified on the law and the facts by striking from the ordering paragraph the words "in all respects denied" and inserting in place thereof a provision granting the motion to the extent of allowing defendant counsel fees in the sum of $150, one half to be paid within ten days from the service of a copy of the order to be entered hereon, and the balance to be paid on or before the day of trial. As so modified, the order is affirmed, with ten dollars costs and disbursements to appellant. Upon the facts appearing in the record, reasonable counsel fees should have been awarded. Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ., concur.

CHARLES STUECK, as President of the Welfare Association of the Grumman Aircraft Engineering Corporation, Respondent, v. DRINCUP VENDORS, INC., Appellant.— Order denying appellant's motion to vacate or modify an order granting summary judgment, etc., affirmed, without costs. No opinion. Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ., concur.

CHARLES STUECK, as President of the Welfare Association of Grumman Aircraft Engineering Corporation, Respondent-Appellant, v. DRINCUP VENDORS, INC., Appellant-Respondent.— Action to recover the balance due under a con-